

# THE THIRTEENTH COURT OF APPEALS

## 13-22-00457-CR

THE STATE OF TEXAS
v.
DANIEL SOLIS

On Appeal from the
County Court at Law No. 1 of Nueces County, Texas
Trial Court Cause No. 20MC-05536

JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed as modified. The Court orders the judgment of the trial court AFFIRMED AS MODIFIED.

We further order this decision certified below for observance.

May 25, 2023